```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RANDY J. DECKER,
11            Plaintiff,                      No. CIV S-10-326 GGH P
12       vs.
13  C. WILLIAMS,
14            Defendant.                      ORDER
15  _____/
```

16    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17 to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights by defendant
18 in Kern County, which is part of the Fresno Division of the United States District Court for the
19 Eastern District of California. See Local Rule 3-120(d).

20    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
21 the proper division of a court may, on the court's own motion, be transferred to the proper
22 division of the court. Therefore, this action will be transferred to the Fresno Division of the
23 court.

24    Good cause appearing, IT IS HEREBY ORDERED that:

25    1. This action is transferred to the United States District Court for the Eastern
26 District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: March 2, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

deck326.22